UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SCOTT CUSATIS, | ) |
| Plaintiff, | ) |
| v. | ) CV424-188 |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 18), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. (Doc. no. 18.) Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the final decision of the Commissioner and **REMANDS** this case for further consideration. The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

ORDER ENTERED at Augusta, Georgia, this 15th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA