UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCOTT CUSATIS,              )
                            )
        Plaintiff,          )
                            )
v.                          )    CV424-188
                            )
FRANK BISGINANO,            )
                            )
        Defendant.          )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 23), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, (doc. no. 23), and Plaintiff's Motion for Attorney's Fees is **GRANTED**, in part, and **DENIED**, in part, (doc. no. 21).

Plaintiff is awarded $7,348.04 in attorney's fees under the Equal Access to Justice Act ("EAJA"). Upon the entry of this Order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. If not, the entire award will be remitted to Plaintiff. The Government may, in its discretion, accept any assignment by Plaintiff of EAJA fees and pay the award directly to Plaintiff's counsel.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA